UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KAZ AIRK JOSHUA MCKENZIE, | CASE NO. 2:23-cv-99 |
| Plaintiff, | DISMISSAL ORDER |
| v. | |
| STATE OF WASHINGTON; U.S. , | |
| Defendants. | |

Pro se Plaintiff Kaz Airk Joshua McKenzie pursues this action in forma pauperis (IFP). Dkt. No. 5. After reviewing the sufficiency of his complaint under 28 U.S.C. § 1915(e)(2)(B), the Court found that McKenzie failed to state a claim on which relief may be granted, and that he sought monetary relief against defendants who are immune from such relief. Dkt. No. 8. But rather than dismissing his case, the Court granted McKenzie leave to amend his complaint and ordered him to submit an amended complaint within 30 days. *Id.* The Court expressly warned that "[f]ailure to do so will result in dismissal of this action under 28 U.S.C. § 1915(e)(2)(B)." *Id.* at 7.

**DISMISSAL** ORDER - 1

The time to respond has passed, and McKenzie has not complied with the Court's Order to submit an amended complaint. *See* Dkt. As such, the Court DISMISSES this action without prejudice under 28 U.S.C. § 1915(e)(2)(B) for failure to state a claim upon which relief may be granted.

It is so ORDERED.

Dated this 15th day of November, 2024.

Jamal N. Whitehead
United States District Judge

DISMISSAL ORDER - 2